AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | Case No. 4:25MJ3119 |
| SAMUEL ROSBERG | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 3, 2025__ in the county of __Knox__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861 | Possession of three unregistered firearms. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF SA ANTHONY SORENSON.

☑ Continued on the attached sheet.

*Anthony Sorenson*
*Complainant's signature*

Anthony Sorenson, ATF Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 6/4/2025

*deluca*
*Judge's signature*

City and state: Lincoln, Nebraska

Jacqueline M. DeLuca, U.S. Magistrate Judge
*Printed name and title*

**Affidavit in Support of Criminal Complaint and Arrest Warrant**

1. Your affiant is a Special Agent (SA) employed by the Bureau of Alcohol, Tobacco and Firearms (ATF), United States Department of Justice, and has been so employed since January 16, 2016. As such, your affiant is empowered to conduct investigations and make arrests for offenses against the laws of the United States of America. Prior to that date, your affiant was employed by the United States Secret Service Uniformed Division as a Police Officer since September 5, 2010. Furthermore, your affiant received a bachelor's degree of science in legal studies. During this time, your affiant has conducted and/or participated in investigations related to criminal activities.

2. Your affiant, being duly sworn, states the following to be true and correct to the best of his knowledge and belief based upon his personal observations and from information provided by knowledgeable law enforcement agents and officers who are involved in the investigation of SAMUEL ROSBERG.

3. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws and know that it is a violation of Title 26 U.S. Code § 5861, to receive or possess firearms which are not registered to him in the National Firearms Registration and Transfer Record.

**Probable Cause Facts**

4. On February 24, 2025, Inv. Kuebler and Inv. Garrels conducted an interview with Confidential Human Source 446 ("CHS446") at a predetermined location. CHS446 provided information on drug trafficking related to Samuel ROSBERG. CHS446 informed law enforcement that ROSBERG's address was 407 Millard Avenue in Creighton, Nebraska. CHS446 provided a Snapchat account for ROSBERG of srosberg2001. At the

time of the interview, CHS446 stated that ROSBERG comes to Kearney approximately three times a month and brings a carry-on size luggage bag, which contains cocaine, methamphetamine, marijuana cartridges, and marijuana. CHS446 had witnessed this about 50 times. ROSBERG carries a gun every day, everywhere he goes. ROSBERG bought an associate a .45 caliber Kimber, which is smaller, silver in color, with a dark wood-stained handle. ROSBERG carries an AK-47 and an AR-15. The AK-47 has a switch on it, which makes it fully automatic. CHS446 has personally seen videos of ROSBERG shooting the AK on fully automatic mode. ROSBERG has also told CHS446 that the AK is fully automatic. ROSBERG's whole living room wall is covered with guns. CHS446 stated that it was like a gun store in his living room. Anytime ROSBERG comes to Kearney he brings one or two guns with him and also purchases a gun while he is in Kearney. CHS446 estimated that they had seen ROSBERG in possession of a gun on 50 or more occasions. Additionally, there is a red shop directly behind ROSBERG's house and CHS447 has seen drugs and guns inside of the shop.

5. On February 24, 2025, Inv. Kuebler and Inv. Garrels met with CHS447 at a predetermined meeting location. During the interview, CHS447 provided the following information: CHS447 knows ROSBERG. ROSBERG keeps drugs in his "spend the night bag" when traveling, which is an Under Armour duffel bag. CHS447 previously took a photograph of the inside of ROSBERG's bag after CHS447 noticed that it smelled really badly of marijuana. There was a suppressor inside as well as a pistol with a white handle and a huge black grinder full of marijuana. This was approximately two weeks prior to the interview. CHS447 has been to ROSBERG's house in Creighton, Nebraska, on two or three occasions. CHS447 has seen three pistols at ROSBERG's house in the kitchen/living room area.

6. On October 19, 2024, the Sherman County Sheriff's Office conducted a traffic stop on a Chevy Silverado, license plate NE 91424B, that was occupied by ROSBERG and Cordell HILL. During the stop the Sheriff's Deputy located two firearms in the vehicle. The firearms were possessed by both parties. The Sheriff deputy documented the firearms and released both individuals.

7. On April 1st, 2025, Inv. Bauer submitted a signed federal search warrant to Snapchat for the account srosberg2001 belonging to ROSBERG. On April 21, 2025, Inv. Bauer received the Snapchat download for ROSBERG and began processing through the recovered data.

8. Inv. Bauer located multiple photos of firearms on ROSBERG's Snapchat account. ROSBERG has multiple photos of firearms on his Snapchat account including what appears to be a shotgun that was cut to make it shorter and a possible silencer on an AR style rifle, both would be NFA items and need to be registered with ATF. There are also photos of revolvers, pistols, rifles and shotguns.

9. Your affiant conducted a search of the National Firearm Registration and Transfer Record (NFRTR) with negative results for ROSBERG. Weapons made from a shotgun or short barrel shotguns along with silencers are regulated under federal statute and required to be registered with the ATF in the NFRTR. From the photos found on the Snapchat account, the suspected weapon made from a shotgun and suspected silencer would need to be registered. ROSBERG does not have any firearms registered in the NFRTR and would be in violation of federal law by being in possession of such firearms.

10. On May 29, 2025, based in part on the information listed above, your affiant received a signed search warrant for the residence of ROSBERG's residence 407 Millard Ave, Creighton NE.

11. On June 3, 2025, ATF and NSP served the signed search warrant. During the search of the residence at 407 Millard Avenue, Creighton, NE, ATF Special Agents located multiple firearms, among the firearms were three firearms that are identified as weapons that required to be registered on the National Firearms Registration and Transfer Record (NFRTF). The firearms are listed below.

    1. LC Smith double barrel shotgun, 12 gauge, serial number 314793. Approximate measurements, 12 inch barrel and 28.5 inch in total length.
    2. Excel shotgun, 12 gauge, no serial number visible. Approximate measurements, 10.5 inch barrel and 18.5 inch in total length.
    3. Black, metal silencer, no markings. Approximate measurements, 10 inches in length and 2 5/8th inch diameter.

12. A search of the NFRTR returned negative results for the any firearms registered to ROSBERG. The three listed firearms also returned negative results in the NFRTR.

13. The National Firearms Act (NFA) of 1934 required the registration of firearms such as machineguns, short barrel rifles, short barrel shotguns, and silencers. A weapon made from a shotgun is also a firearm subject to the NFA if the weapon as modified has an overall length of less then 26 inches or a barrel or barrels less then 18 inches in length. The term "Firearm Silencer" or "Firearm Muffler" means any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for the use in assembling or fabricating a firearm silencer or firearm muffler, any part intended only for use in such assembly or fabrication, any such firearms are subject to the NFA.

14. The above firearms were located in the residence of ROSBERG along with additional

    firearms, ammunition, personal effects of ROSBERG and in unsecured in the living room.

15. Based upon the above information, your affiant believes that on or about June 3, 2025, ROSBERG, was in possession of firearms in violation of Title 26 U.S. Code § 5861. These violations occurred within Creighton, Knox County, in the District of Nebraska.

16. This complaint was approved by Assistant United States Attorney Christopher J. Harroun.

*Anthony Sorenson*
Anthony Sorenson
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me by reliable electronic means:

Dated: 6/4/2025

*deluca*
Jacqueline M. DeLuca
United States Magistrate Judge